No. 819. AUGUSTUS v. COMMISSIONER OF INTERNAL REVENUE. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Orville Smith* and *Erwin N. Griswold* for petitioner. *Solicitor General Biddle* for respondent.

No. 836. VAN VRANKEN v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Lee McCanliss* for petitioner. *Solicitor General Biddle* for respondent.

No. 959. CHADWICK ET AL. v. UNITED STATES. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. Maxwell Shapiro* for petitioners. *Solicitor General Biddle, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Fred E. Strine* for the United States.

No. 966. BELAND v. UNITED STATES. June 2, 1941. The motion to proceed on the typewritten record is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is denied. *Mr. J. Forest McCutcheon* for petitioner. *Solicitor General Biddle, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Fred E. Strine* for the United States.